AMERICAN FAMILY INSURANCE COMPANY, Respondent,

v.

Marsha L. MOORE, Defendant,

Renee Dennis, Vickie Dennis, and Richard Dennis, Appellants.

No. WD 47748.

Missouri Court of Appeals, Western District.

Submitted Dec. 21, 1993.

Decided March 8, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 3, 1994.

Application to Transfer Denied June 21, 1994.

C. Robert Buckley, Paden, Welch, Martin & Albano, Independence, for appellants.

Paul V. Herbers, Cooling & Herbers, P.C., Kansas City, for respondent.

Before BERREY, C.J., P.J., and BRECKENRIDGE and SMART, JJ.

### ORDER

PER CURIAM.

Appeal from summary judgment for American Family Insurance Company in a declaratory judgment action.

Judgment affirmed pursuant to Rule 84.-16(b).

Phil HEDRICK, Respondent,

v.

James R. CAMPBELL, Appellant.

No. WD 47321.

Missouri Court of Appeals, Western District.

March 8, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 3, 1994.

Application to Transfer Denied June 21, 1994.

Danne W. Webb, Kansas City, for appellant.

Roger Merrill Driskill, Liberty, for respondent.

Before KENNEDY, P.J., and ULRICH and SPINDEN, JJ.

### ORDER

PER CURIAM.

Appeal from an award of actual and punitive damages in an action for fraud.

Judgment affirmed. Rule 84.16(b).